UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    MISDEMEANOR
                                         INFORMATION
        -v.-                        :
                                         07 Mag. 1596
MICHAEL MAHONEY,                    :
     a/k/a "Michael Mohoney",
                                    :
        Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x

**07 CRIM    955**

COUNT ONE

The United States Attorney charges:

From at least in or about June 2003, through on or about September 27, 2007, in the Southern District of New York and elsewhere, MICHAEL MAHONEY, a/k/a "Michael Mohoney," the defendant, being a person required to register under a State sexual offender registration program, unlawfully, willfully, and knowingly, did change his address to a State other than the State in which he resided at the time of his immediately preceding registration, and did establish a new residence in that State, without registering within ten days or at any time thereafter with the Federal Bureau of Investigation and the State in which his new residence was established, to wit, MAHONEY moved from the State of Missouri to New York, New York without updating his

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ OCT 11 2007

information with New York's sex offender database, the Federal
Bureau of Investigation, or the State of Missouri, as required by
law.

(Title 42, United States Code, Sections 14072(g)(3) and (i)(1).)

MICHAEL J. GARCIA
United States Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**-v.-**

**MICHAEL MAHONEY,**
**a/k/a "Michael Mohoney"**

**Defendant.**

**MISDEMEANOR**
**INFORMATION**

07 Mag. 1596

(42 U.S.C. §§ 14072(g)(3) and (i)(1).)

MICHAEL J. GARCIA
United States Attorney.