```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :
                                         07 Cr. 955 (HBP)
     -against-                      :
                                         ORDER
MICHAEL MAHONEY, a/k/a              :
"Michael Mohoney,"
                                    :
          Defendant.
                                    :
------------------------------------X
```

PITMAN, United States Magistrate Judge:

The defendant in this matter was sentenced today to a term of probation. Accordingly, the Order of Detention entered in this matter on or about September 27, 2007 is hereby VACATED.

Dated: New York, New York
       November 13, 2007

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge